| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Evans I Akpo
   *Plaintiff(s),*

v.                                                                    Case No. 4:19−cv−00636

Diversified Adjustment Service, Inc.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Initial Conference**

DATE:  **5/30/2019**

TIME:  **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                         Date: April 9, 2019

By Deputy Clerk, A. Rivera